ANDREW S. T. FRITZ, LTD.
Laura L. Fritz, Esq.                                    E-Filed on: December 31, 2015
Nevada Bar No. 6568
Andrew Fritz, Esq.
Nevada Bar No. 6649
609 South 7th Street
Las Vegas, NV 89101
(702) 383-5155
contact@fritzlawyers.com
Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:                                          Case No. BK-S-15-16097-led

SHON ROBERT MCKENZIE
PATRICIA LYNETTE MCKENZIE
(XXX-XX-2140)(XXX-XX-0398),
                                                Chapter        7
        Debtor(s).

_____        Trustee:    Shelley D. Krohn

CHANGE OF ADDRESS OF:
(  ) DEBTOR
(X) CREDITOR
(  ) OTHER

I request that the mailing matrix be changed to reflect the change of address.  Please send

notice to the following address:

                        BMO Harris Bank
                        PO Box 6201
                        Carol Stream, IL 60197

                        Lomas Regency LLC
                        2500 W Sahara #211
                        Las Vegas, NV 89102

Date: December 31, 2015

                                /S/ Laura L. Fritz, Esq.
                                Laura L. Fritz, Esq.